746 A.2d 566

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**William NIEVES, Appellee.**

Supreme Court of Pennsylvania.

Feb. 17, 2000.

Catherine Marshall, Office of the Dist. Atty., for Com.

Jack J. McMahon, Raymond D. Roberts, Philadelphia, for W. Nieves.

### *ORDER*

PER CURIAM:

**AND NOW,** this 17th day of February, 2000, the appeal is dismissed pursuant to our decision in *Commonwealth v. Nieves,* 746 A.2d 1102 (Pa.2000).